Mario RAIMONDI, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7072.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

The court treats Mario Raimondi's submission received on June 25, 2007 as a motion to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) All sides shall bear their own costs.